UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LACY CHISOLM, # 337157,

        Petitioner,

v.                                        Case Number: 10-CV-12388
                                              Honorable Avern Cohn

GREG MCQUIGGIN,

        Respondent.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Memorandum and Order dated April 04, 2011, this cause of action is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan this 4th day of April, 2011.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

                                                      BY: s/Julie Owens

APPROVED:

s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Lacy Chisolm, 337157, Chippewa Correctional Facility, 4269 W. M-80, Kincheloe, MI 49784 and the attorneys of record on this date, April 4, 2011, by electronic and/or ordinary mail.

                                                      s/Julie Owens
                                                      Case Manager, (313) 234-5160